# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| WARREN EASTERLING, | : | |
| | | Case No. 3:13cv00024 |
| Plaintiff, | : | |
| | | |
| vs. | : | District Judge Timothy S. Black |
| | | Chief Magistrate Judge Sharon L. Ovington |
| STATE OF OHIO, | : | |
| | | |
| Defendant, | : | |

## ORDER TRANSFERRING REFERENCE

The referral of the above-captioned matter is hereby transferred from Chief Magistrate Judge Sharon L. Ovington to the docket Magistrate Judge Michael R. Merz.

January 28, 2013

Michael R. Merz
United States Magistrate Judge

January 28, 2013

s/Sharon L. Ovington
Sharon L. Ovington
Chief United States Magistrate Judge