UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WARREN EASTERLING, | : | Case No. 3:13-cv-24 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | |
| STATE OF OHIO, | : | |
| | : | |
| Defendant. | : | |

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE
MAGISTRATE JUDGE (Doc. 5); (2) OVERRULING PLAINTIFF'S
OBJECTIONS (Doc. 6); AND (3) DENYING PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER (Doc. 4)**

This case is before the Court on the Report and Recommendations of United

States Magistrate Judge Michael R. Merz, who recommends that Plaintiff's Motion for

Temporary Restraining Order be denied.  Plaintiff filed Objections to the Report and

Recommendations of the Magistrate Judge.  (Doc. 6).  As required by 28 U.S.C. § 636(b)

and Fed. R. Civ. P. 72(b), the Court has reviewed the conclusions of the Magistrate Judge

*de novo* and Court hereby **ADOPTS** the Report and Recommendations in its entirety

(Doc. 5), **OVERRULES** Plaintiff's Objections (Doc. 6), **DENIES** Plaintiff's Motion for

Temporary Restraining Order (Doc. 4).

    **IT IS SO ORDERED.**

Date: 2/28/13

_____
Timothy S. Black
United States District Judge