# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WARREN EASTERLING | : | Case No. 3:13-cv-24 |
| Plaintiff, | : | |
| -vs- | : | |
| | | District Judge Timothy S. Black |
| STATE OF OHIO | : | Magistrate Judge Michael R. Merz |
| Defendant. | : | |

## ORDER TO PRO SE PETITIONER UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that the Defendant filed with the Court on March 11, 2013, a motion to dismiss in this case [Doc # 12].  You should receive a copy of the motion directly from Respondent.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (March 11, 2013) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you.  Your response must be filed with the Court not later than April 4, 2013.

March 11, 2013.

*s/ Michael R. Merz*
United States Magistrate Judge