# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WARREN EASTERLING,

    Petitioner,

-vs-

STATE OF OHIO,

    Respondent.

Case No. 3:13-cv-024

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 16) to the Magistrate Judge's Report and Recommendations (Doc. No. 147). As permitted by Fed. R. Civ. P. 72, the Petitioner has filed a Response to those Objections (Doc. No. 17).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

**IT IS SO ORDERED.**

DATED: 4/10/13

Timothy S. ~~Black~~
United States District Judge