# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WARREN EASTERLING,**           **CASE NO. 3:13-cv-24**

    Petitioner,                 **Judge Timothy S. Black**
                                **Magistrate Judge Michael R. Merz**
**-vs-**

**STATE OF OHIO,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]    Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]    Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 36) of the United States Magistrate Judge is **ADOPTED**; that the Respondent's Motion to Dismiss Amended Complaint (Doc. 32) is **GRANTED;** that the Petitioner's Amended Motion for Preliminary Injunction (Doc. 27) is **DENIED**; and the case is **TERMINATED** on the docket of this Court.

Date: September 4, 2013                           **JOHN P. HEHMAN, CLERK**
                                                   By: s/ M. Rogers
                                                   Deputy Clerk